IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiff(s),

v.

ADAMS EXCAVATING, INC., et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Plaintiffs' Unopposed Motion to Reschedule October 27, 2005 Scheduling Conference (docket no. 8) is GRANTED. The scheduling conference set on October 27, 2005, at 9:30 a.m. is vacated and RESET to November 21, 2005, at 8:00 a.m. The proposed scheduling order shall be submitted in compliance with the e-filing procedures by November 16, 2005.

Date: October 20, 2005