IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND,
TRUSTEES OF THE LABORERS NATIONAL PENSION FUND,
TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

    Plaintiffs,

v.

ADAMS EXCAVATING, INC., a Colorado corporation,
THOMAS E. RICHARDSON, an individual, and
LINDA S. RICHARDSON, an individual,

    Defendants.

---

### ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER
( Docket No. 31 )

This matter is before the Court upon the parties' Joint Motion to Modify Scheduling Order ("Motion"). The Court orders as follows:

    The Motion is GRANTED. The November 21, 2005 Scheduling Order is modified as follows

    1    The discovery deadline of May 22, 2006 is extended to August 22, 2006.

    2    The April 4, 2006 deadline for submission of written discovery is extended to July 7, 2006.

2

3       The May 15, 2006 deadline for affirmative expert disclosures is extended to July 1, 2006. The June 1, 2006 deadline for rebuttal expert disclosures is extended to August 1, 2006.

4       The August 22, 2006 dispositive motion deadline is extended to September 22, 2006.

Dated this 17th day of March, 2006

BY THE COURT:

_____
United States District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE

2