IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND,
TRUSTEES OF THE LABORERS NATIONAL PENSION FUND,
TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

    Plaintiffs,

v.

ADAMS EXCAVATING, INC., a Colorado corporation,
THOMAS E. RICHARDSON, an individual, and
LINDA S. RICHARDSON, an individual,

    Defendants.

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND THE EXPERT DISCOVERY DEADLINE

( Docket no. 35 )

This matter is before the Court upon the parties' Joint Motion to Modify Scheduling Order to Extend the Expert Discovery Deadline ("Motion"). The Court orders as follows:

The Motion is GRANTED. The November 21, 2005 Scheduling Order is modified to extend the expert discovery cut-off deadline to August 22, 2006.

Dated this 22nd day of June, 2006.

BY THE COURT:

_____
~~United States District Court Judge~~

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE