IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND
TRAINING TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND,
TRUSTEES OF THE LABORERS NATIONAL PENSION FUND,
TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND
FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF
OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND
FOR OPERATING ENGINEERS,

    Plaintiffs,

v.

ADAMS EXCAVATING, INC., a Colorado corporation,
THOMAS E. RICHARDSON, an individual, and
LINDA S. RICHARDSON, an individual,

    Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER**
( Docket po. 39 )

This matter is before the Court upon Plaintiffs' Unopposed Motion to Modify Scheduling Order ("Motion"). The Court orders as follows:

The Motion is GRANTED. The Scheduling Order is modified as follows:

1.     The August 22, 2006 discovery cutoff is extended to September 25, 2006.

2.     The August 22, 2006 deadline for expert discovery is extended to September 25, 2006.

3.     The September 22, 2006 dispositive motion deadline is extended to October 23, 2006.

Dated this 8th day of August, 2006.

BY THE COURT:

/s/ Michael J. Watanabe
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE