IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiff(s),

v.

ADAMS EXCAVATING, INC., et al.,

Defendant(s).

### MINUTE ORDER

It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Withdraw Motion to Compel Response to Subpoena Duces Tecum (Docket No. 51) is granted. Accordingly, Plaintiffs' Motion to Compel Response to Subpoena Duce Tecum (Docket No. 44) is withdrawn.

Date:  September 29, 2006