IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiff(s),

v.

ADAMS EXCAVATING, INC., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiffs' Motion to Modify Scheduling Order (docket no. 45) and Plaintiffs' Supplement to Motion to Modify Scheduling Order (docket no. 49) are both GRANTED.  The Defendants have failed to respond to these motions and therefore the motions are deemed confessed.  Moreover, Plaintiffs have demonstrated good cause for granting the relief as sought within these motions.

It is FURTHER ORDERED that the Rule 16 Scheduling Order is amended as follows:

1. The deadline to complete discovery is extended to November 9, 2006.

2. The deadline to amend the pleadings or join additional parties is extended to October 20, 2006.

3. Each side is given three (3) additional fact depositions.

Date:  October 5, 2006