IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND,
et al.,

Plaintiffs,

v.

ADAMS EXCAVATING, INC., et al.,

Defendants.

---

MINUTE ORDER

---

It is hereby ORDERED that Defendants Thomas Richardson and Linda Richardson's Unopposed Motion for Leave to File a Response to Plaintiffs' Motion to Amend Complaint, which was filed on November 9, 2006 (Docket No. 67), is granted, and the Response filed by defendants Thomas Richardson and Linda Richardson (Docket No. 68) has been accepted as having been timely filed.

Date: November 13, 2006