IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

ADAMS EXCAVATING, INC., et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that Defendant Rock Solid Excavating, LLC's Motion to Amend Scheduling Order and Reopen Discovery (docket no. 91) is DENIED WITHOUT PREJUDICE.  This case is currently set for a bench trial before Judge Krieger on April 3, 2007, at 9:00 a.m.  There is a final pretrial conference also set on January 11, 2007, at 8:00 a.m.  The dates proposed in the subject motion to reopen discovery and to extend the dispositive motions deadline are after the final pretrial conference and after the bench trial date.  If the Judge Krieger grants the Defendant Rock Solid Excavating, LLC's pending Motion to Vacate and Reschedule Trial Date and Pretrial Conference (docket no. 92), then Defendant Rock Solid Excavating, LLC is granted leave to refile the subject motion.

Date: December 8, 2006