**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  Date: January 11, 2007
Court Reporter: Paul Zuckerman

Civil Action No. 05-cv-01695-MSK-MJW

| *Parties*: | *Counsel Appearing:* |
|---|---|
| TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE FUND, | Cynthia Coleman |
| | Miranda Hawkins |
| TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND, | Dean Leizer, II |
| TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND, | |
| TRUSTEES OF THE COLORADO LABORERS' NATIONAL PENSION FUND, | |
| TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO, | |
| TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND, | |
| TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS and TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS, | |

        Plaintiffs,

v.

| ADAMS EXCAVATING, INC., | Alice White |
|---|---|
| THOMAS E. RICHARDSON, | Timothy Schutz |
| LINDA S. RICHARDSON, | John Mill |
| ROCK SOLID EXCAVATING, LLC, and | |
| ROCK SOLID LEASING, LLC | |

        Defendant.

---

**COURTROOM MINUTES**

---

HEARING:   Final Pretrial Conference.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**8:10 a.m.**     **Court in session.**

Parties are present.

A bench trial is set for April 3, 2007 for 2 days. The Court advises counsel that the trial is in a junior position behind other criminal and civil trials and the trial will most likely not proceed as scheduled.

The Court requests counsel to reassess the amount of time necessary for trial in light of comments with regard to the witness and exhibit lists and proposed final pretrial order. The matter is not ready to proceed to trial.

**PENDING MOTIONS.**

Oral findings are made of record and incorporated herein.

**ORDER:**     Defendant Rock Solid Excavating LLC's Motion to Vacate and Reschedule Trial Date **(Doc. #92)** is **DENIED** as moot.

**ORDER:**     Motion to Withdraw as Attorney for Defendant Adams Excavating, Inc. **(Doc. #110)** is **GRANTED.**

Review of the proposed final pretrial order - matters addressed:

      Claims
      Defenses
      Witness List
      Exhibit List
      Pending motions
      Trial length

**ORDER:**     Pertinent to trial process: no evidence or testimony shall be presented where facts have been stipulated to.

**ORDER:**     If the parties are interested in pursuing settlement, they shall obtain a settlement hearing date from the magistrate judge assigned to this case.

**ORDER**:     Trial is vacated and will not be reset at this time because the parties should fully explore settlement and additional discovery may be necessary with regard to Rock Solid Excavating. The parties shall obtain new scheduling and settlement conference dates from the magistrate judge. The Court will reset the trial date after the scheduling conference is concluded.

**8:43 a.m.**     **Court in recess.**

**Total Time:   33 minutes.**
**Hearing concluded.**