IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND,
TRUSTEES OF THE COLORADO LABORERS' NATIONAL PENSION FUND,
TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

   Plaintiffs,

v.

ADAMS EXCAVATING, INC., a Colorado corporation,
THOMAS E. RICHARDSON, and individual,
LINDA S. RICHARDSON, an individual,
ROCK SOLID EXCAVATING, LLC, a Colorado limited liability company, and
ROCK SOLID LEASING, LLC, a Colorado limited liability company,

   Defendants.

## ORDER DISMISSING CLAIMS

THIS MATTER is before the Court on the Stipulated Motion for Dismissal With Prejudice of Defendant Rock Solid Excavating, LLC **(#137)**. The Court being fully advised in the foregoing,

**ORDERS** that all claims asserted by the Plaintiffs against Defendant Rock Solid Excavating, LLC are dismissed with prejudice, the parties shall bear their own costs and

attorneys' fees. The caption shall be amended to delete reference to Rock Solid Excavating, LLC.

Dated this 30th day of April, 2007

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge