IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND, et al.,

Plaintiffs,

v.

ADAMS EXCAVATING, INC., et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that Kevin P. Kubie's Status Report and Request to Vacate Hearing (docket no. 143) is GRANTED IN PART AND DENIED IN PART. The Show cause hearing is VACATED however the court will convert this show cause hearing to a status conference. The parties shall be prepared to oral update the court on their positions concerning the prosecution and defense of this case.

Date:  June 1, 2007