IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND,
TRUSTEES OF THE COLORADO LABORERS' NATIONAL PENSION FUND,
TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

       Plaintiffs,

v.

ADAMS EXCAVATING, INC., a Colorado corporation,
THOMAS E. RICHARDSON, and individual,
LINDA S. RICHARDSON, an individual, and
ROCK SOLID LEASING, LLC, a Colorado limited liability company,

       Defendants.

## ORDER DISMISSING CLAIMS WITH PREJUDICE

THIS MATTER is before the Court on Defendants' Unopposed Motion to Dismiss Defendants Thomas Edwin Richardson and Linda Susan Richardson Based on Discharge of Debtor **(#150).** There being a statement that there is no opposition by any party,

The Motion **(#150) is GRANTED**. All claims asserted against Thomas Edwin Richardson and Linda Susan Richardson are hereby dismissed with prejudice. These Defendants will be deleted

1

from the caption in this matter in all future pleadings.

  Dated this 27th day of June, 2007

              **BY THE COURT:**

              */s/ Marcia S. Krieger*
              _____

              Marcia S. Krieger
              United States District Judge