IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-01695-MSK-MJW

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE FUND,
TRUSTEES OF THE COLORADO LABORERS' AND CONTRACTORS' EDUCATION AND TRAINING TRUST FUND,
TRUSTEES OF THE COLORADO LABORERS' DISTRICT COUNCIL VACATION FUND,
TRUSTEES OF THE COLORADO LABORERS' NATIONAL PENSION FUND,
TRUSTEES OF THE OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND FOR COLORADO,
TRUSTEES OF THE COLORADO OPERATING ENGINEERS' VACATION FUND,
TRUSTEES OF THE CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, and
TRUSTEES OF THE COLORADO JOURNEYMEN AND APPRENTICE TRAINING FUND FOR OPERATING ENGINEERS,

       Plaintiffs,

v.

ADAMS EXCAVATING, INC., a Colorado corporation, and
ROCK SOLID LEASING, LLC, a Colorado limited liability company,

       Defendants.

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT, AS MOOT

THIS MATTER comes before the Court on a motion for partial summary judgment **(#60)** filed by the Plaintiffs on two claims asserted in their original complaint **(#1)**.

Two Defendants remain in this action. The first is Adams Excavating, Inc., against whom the Clerk has entered a default **(#161)**. The other is Rock Solid Leasing, LLC, which was not named in the original complaint and was added by way of the Amended Complaint **(#77).** Thus, the summary judgment motion is no longer pertinent.

**IT IS THEREFORE ORDERED** that the motion for partial summary judgment **(#60)** is

**DENIED**, as moot.

Dated this 6th day of September, 2007

BY THE COURT:

Marcia S. Krieger
United States District Judge