IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| Civil Action No. 05-cv-01695-MSK-MJW | FTR |
| Date: November 26, 2007 | Shelley Moore, Deputy Clerk |
| TRUSTEES OF THE COLORADO LABORERS HEALTH & WELFARE TRUST FUND, ET AL., | Cynthia A. Coleman<br>Dean C. Heizer II |

Plaintiff(s),

v.

ADAMS EXCAVATING, INC., ET AL.,

Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING: RE DN 165**

**Court in Session 3:03 p.m.**

Court calls case. Appearances of Plaintiffs' counsel. Thomas E. Richardson and Linda S. Richardson are present as representatives of Defendant Adams Excavating, Inc.

Thomas and Linda Richardson both state that they do not contest the Motion for Default Judgment.

Plaintiffs move for the admission of Plaintiffs' Exhibits 1-6, inclusive. No objections. Plaintiffs' Exhibits 1-6, inclusive, are ADMITTED for purposes of this hearing.

Ms. Coleman present oral argument.

Plaintiffs rest.
Neither Mr. nor Mrs. Richardson have any argument, evidence or witnesses.

**ORDERED:** Motion for Default Judgment as to Adams Excavating, Inc. (DN 165) is **taken under advisement**.

**Court in recess 3:17 p.m.**
Total In-Court Time 0:14, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.